## SALLEE v CINCINNATI STREET RY CO

Ohio Appeals, 1st Dist, Hamilton Co

Decided July 7, 1930

For full opinion see 176 NE 127; 38 Oh Ap 450 (Oh Bar 8-18-31).

## MEEK v MEEK

Ohio Appeals, 6th Dist, Lucas Co

No. 2555. Decided June 29, 1931

C. Schreiber and S. R. Urbanski, Toledo, for Lena Meek.

F. A. Carabin, Toledo, and M. Gillen, for Guy Meek.

BY THE COURT:

The husband commenced an action for divorce, and the wife filed a cross-petition also asking for divorce and alimony. On the trial a divorce was granted to the husband and certain alimony allowed to the wife, who was given the custody of the two children.

The record in this case shows beyond question that the judgment of the trial court is clearly and manifestly against the weight of the evidence, the husband himself having admitted on the witness stand that he was guilty of adultery.

**Karpanty v Karpanty, 31 Court of Appeals Opinions, Sixth Dist, unreported, 415; Hanover v Hanover, 34 Oh Ap, 483.**

Judgment reversed and cause remanded for new trial.

LLOYD, RICHARDS and WILLIAMS, JJ, concur.